**Richard POLIDI, Plaintiff-Appellant,**

v.

**Wayne TRUAX, in Each of His Official and Individual Capacities; James O. Payne, in Each of His Official and Individual Capacities, Defendants-Appellees.**

No. 17-1792

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 21, 2017

---

Richard Polidi, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Polidi appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Polidi v. Truax*, No. 1:17-cv-00054-WO-LPA, 2017 WL 4465408 (M.D.N.C. June 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*